An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE HAMMER,
Appellant,
vs.
MARY J. RASMUSSEN,
Respondent.

No. 66890

**FILED**

FEB 0 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order in a family law matter. Eighth Judicial District Court, Clark County; Gayle Nathan, Judge.

Our review of the documents before this court reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Although a court rule authorizes an appeal to be taken from a special order after final judgment, *see* NRAP 3A(b)(8), to be appealable as a special post-judgment order, the order must affect the rights of a party growing out of the final judgment. *Gumm v. Mainor*, 118 Nev. 912, 59 P.3d 1220 (2002). The November 3, 2014, order challenged in this appeal (1) found that it was not in the child's best interest to change her name, (2) deferred ruling on defendant Gonzalo Galindo's request to add his name to the child's birth certificate and denied his request for additional visitation with the child, (3) deferred ruling on the issue of tax exemptions for the 2013 and 2014 tax years, (4) adopted the master's recommendation for the school that the child will attend, (5) vacated a prior order regarding the parents' telephonic access to the child, and (6) deferred ruling on the fees to be paid

SUPREME COURT
OF
NEVADA

(O) 1947A

15-03420

to the master and the parenting coordinator. Because the November order did not affect the rights of the parties growing out of the prior orders establishing custody, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Lisa M. Brown, District Judge
Julie Hammer
Black & LoBello
Eighth District Court Clerk